

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/2021

# STEIN | SAKS, PLLC

NAKICHA JOSEPH▲
MARK ROZENBERG ▪
KENNETH WILLARD ▲▪

▲ NJ Bar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

285 Passaic Street, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

April 13, 2021

**Via CM/ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York

    Re:    **Monegro vs. The Hundreds Is Huge, Inc.**
             **Case #: 1:21-cv-1331**

Dear Judge Torres:

    We represent the plaintiff in the above matter. We write to respectfully request that the initial conference currently scheduled for April 20, 2021, at 10:40 a.m. be adjourned by 30 days to May 20, 2021. Defendant's Answer was due April 1, 2021. Defendant is in default and has not made contact at all with Plaintiff.

    Plaintiff will initiate Default proceedings against Defendant.

    We thank Your Honor and the Court for its kind considerations and courtesies.

    Respectfully submitted,

    *s/ Mark Rozenberg*
    Mark Rozenberg, Esq.

cc:    All Counsel of Record via ECF

GRANTED. The conference scheduled for April 20, 2021, is ADJOURNED *sine die*. By **May 13, 2021**, Plaintiff shall move for default judgment in accordance with Attachment A to the Court's Individual Rules of Practices in Civil Cases.

SO ORDERED.

Dated: April 13, 2021
       New York, New York

                                ANALISA TORRES
                                United States District Judge